IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE D. ROBINSON,

    Plaintiff,                      No. CIV S-06-0163 DFL DAD P

    vs.

DEPUTY HUFFMAN, et al.,

    Defendants.              ORDER

_____/

    Plaintiff has requested an extension of time to file objections to the pending findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's December 13, 2006 request for continuance is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations filed November 16, 2006.

DATED: December 18, 2006.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
robi0163.36